FRANK PHELAN v. HOMASOTE COMPANY.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE ROGERS THOMAS.

September 21, 1972. Petition for certification denied.

FRANK SCHERE, *ET AL.* v. TOWNSHIP OF FREEHOLD, LAWRENCE COHEN, *ET AL.* v. TOWNSHIP OF FREEHOLD.

September 21, 1972. Petition for certification denied. (See 119 *N. J. Super.* 433).

ROGER W. EDLEY, *ET AL.* v. GENERAL MOTORS CORP., NEW DEPARTURE-HYATT BEARINGS DIVISION.

September 21, 1972. Petition for certification denied.

HAROLD HOPLER v. MOTOR CLUB FIRE & CASUALTY CO.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH RAYMOND KESER.

September 21, 1972. Petition for certification denied.